value for legitimate purposes is slight, it should be excluded.

I therefore dissent from the majority opinion and I am authorized to state that Judges MOREMEN and SIMS join in this dissent.

lessly wounding another with a pistol without malice, fined $5,000, the maximum amount, and sentenced to six months in jail instead of the maximum of a year in jail. We conclude the instructions given were correct and that an instruction on accidental shooting was properly refused.

The judgment is affirmed.

**Lloyd RAMSEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 27, 1955.

Rehearing Denied Sept. 30, 1955.

**Alvin PROFITT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 4, 1955.

Rehearing Denied Sept. 30, 1955.

Chat Chancellor, Frankfort, Ben Matthews, Shelbyville, for appellant.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

The appellant was convicted of the common law offense of wantonly and reck-